# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 15-00862 JVS (DFMx) | Date July 1, 2015 |
| Title De Casas v. Caliber Home Loans, Inc. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS)**
          **Order Denying as Moot Defendants' Motion to Dismiss**

   On June 9, 2015, Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. (collectively, "Defendants") moved to dismiss the Complaint filed by Plaintiffs Peter De Casas and Franchesca De Casas (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket ("Dkt.") No. 7.) Subsequent to the filing of the motion to dismiss, Plaintiffs filed a First Amended Complaint ("FAC") on June 30, 2015, which superseded Plaintiffs' original Complaint. (FAC, Dkt. No. 15.) "A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1).

   Because Plaintiffs' FAC was filed within 21 days after service of a Rule 12(b)(6) motion, Defendants' motion to dismiss is **DENIED AS MOOT**. The Court further finds that oral argument would not be helpful on this matter and vacates the July 13, 2015 hearing. Fed. R. Civ. P. 78; L.R. 7-15.

   **IT IS SO ORDERED**.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |